UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | Case No.: 10-31859 |
| | ) | |
| **Timothy Raymond Patterson,** | ) | Chapter 13 |
| | ) | |
| | ) | **REQUEST FOR DISMISSAL** |
| **Debtor.** | ) | **PURSUANT TO 11 USC** |
| | ) | **SECTION 1307(b)** |

NOW COMES Timothy Raymond Patterson and requests that his Chapter 13 wage earner plan be dismissed.

This, the _10_ day of December, 2010.


_____
Timothy Raymond Patterson
Debtor

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Case No.: 10-31859** |
| | ) | |
| **Timothy Raymond Patterson,** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

    The undersigned certifies that on the 10th day of December, 2010, I have served a copy of the foregoing: <u>REQUEST FOR DISMISSAL PURSUANT TO 11 USC SECTION 1307(b)</u>, electronically and/or by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail:

U. S. Clerk of Bankruptcy Court  
Western District of North Carolina  
Charlotte Division  
Post Office Box 34189  
Charlotte, NC 28234-4189  

Timothy Raymond Patterson  
101 Tara Terrace  
Kings Mountain, NC 28086  

U. S. Bankruptcy Administrator  
Western District of North Carolina  
402 West Trade Street, Suite 200  
Charlotte, NC  28202  

Warren L. Tadlock  
Standing Trustee  
4600 Park Road, Suite 101  
Charlotte, NC 28209-0201  

                                         By: _____  
                                            Geoffrey A. Planer  
                                            Attorney for Debtor(s)  
                                            N.C. State Bar No.:  6338  
                                            P.O. Box 1596  
                                            216 S. Marietta Street  
                                            Gastonia, NC  28053-1596  
                                            (704) 864-0235